# Third District Court of Appeal

## State of Florida

Opinion filed September 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0647
Lower Tribunal No. F07-1958-C
_____

**Victor A. Huerte,**
Petitioner,

vs.

**Ricky Dixon, Secretary Department of Corrections, et al.,**
Respondent.


A Case of Original Jurisdiction – Habeas Corpus.

Victor A. Huerte, in proper person.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for respondent.


Before EMAS, LOBREE and GOODEN, JJ.

PER CURIAM.

Having reviewed the petition for habeas corpus and determined it to be without merit, it is hereby denied.  See Gordon v. State, 863 So. 2d 1215, 1221 (Fla. 2003) (holding alleged violation of Vienna Convention was procedurally barred where not raised on direct appeal, and petitioner failed to establish he had standing to assert such claim); Maharaj v. State, 778 So. 2d 944, 959 (Fla. 2000) (same); see also Darling v. State, 808 So. 2d 145, 166 (Fla. 2002) (holding petitioner failed to demonstrate he was prejudiced from a purported violation of the Vienna Convention).